**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TRUSTEE OF CENTRAL LABORERS' PENSION, WELFARE, & ANNUITY FUNDS,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL NO. 08-629-GPM** |
| **vs.** | ) ) | |
| **FINISHER'S INC. and MARK A. SHAW, Individually and d/b/a Finisher's Inc.,** | ) ) ) | |
| **Defendants.** | ) ) | |

# ORDER

**MURPHY, District Judge:**

Defendants having previously been found to be in default (*see* Doc. 8), Plaintiff's motion for default judgment (Doc. 9) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants in the amount of **Twenty Thousand Six Hundred Seventy Two Dollars and Thirty Cents ($20,672.30)**, plus **Seven Hundred Fifty Nine Dollars ($759.00)** in attorney's fees and court costs, for a total amount of **Twenty One Thousand Four Hundred Thirty One Dollars and Thirty Cents ($21,431.30)**.

Defendants are **FURTHER ORDERED** to perform and continue to perform all obligations to Plaintiff, particularly to furnish to Plaintiff all required contribution reports and payments and to comply with an up-to-date audit of their books. Plaintiff is awarded its costs.

**IT IS SO ORDERED.**

DATED: 12/15/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge